IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA L. CRISP SUMNER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 09-cv-316-JPG-CJP |
| GARY MCCOMB, RIVER CITY CONSTRUCTION and STEWART CHILDRESS, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  December 10, 2010

NANCY ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:  *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE